STATE OF CONNECTICUT *v.* LEONARD GREEN

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 390, is denied.

*Stephen M. Feinstein,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided December 20, 1988

JOEL LESSER *v.* MARJORIE M. LESSER

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 513, is denied.

*Jacques J. Parenteau,* in support of the petition.

Decided December 20, 1988

JUDITH FITZGERALD *v.* GEORGE FITZGERALD

The defendant's petition for certification for appeal from the Appellate Court, 16 Conn. App. 548, is denied.

*Elaine S. Amendola,* in support of the petition.

*Timothy Fitzgerald,* in opposition.

Decided December 20, 1988